## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**LARRY ARNOLD YOUNG,**

> **Plaintiff,**

> **v.**                                                           **Civil Action No. 3:06cv110**
>                                                                  **(Judge Broadwater)**

**DOMINIC A. GUTIERREZ, Sr.,**
**Warden, et al.,**

> **Defendants.**

## REPORT AND RECOMMENDATION THAT APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES BE DENIED

On October 19, 2006, the *pro se* plaintiff, Larry Young, filed a complaint with the Court. On October 27, 2006, he filed an Application to Proceed Without Prepayment of Fees along with a certified copy of his trust fund account statement, a ledger sheet for the prior six months, and a consent to collection of fees from trust account.

The ledger sheet reveals that the plaintiff had an account balance of $395.35 as of October 19, 2006. Consequently, the plaintiff had sufficient funds to pay the $350.00 filing fee. Accordingly, the plaintiff's request to proceed without prepayment of fees should be denied, and the plaintiff should be ordered to pay the full filing fee. The plaintiff should also be warned that the failure to pay the full filing fee within the time allowed by the Court will result in the dismissal of his complaint.

The plaintiff may file, within ten (10) days after being served with a copy of this Recommendation, with the Clerk of the Court, written objections identifying the portions of the Recommendation to which objections are made, and the basis for such objections. A copy of such objections should also be submitted to the District Court Judge of Record. Failure to timely file objections to the Recommendation set forth above will result in waiver of the right to appeal from

a judgment of this Court based upon such Recommendation. 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985) United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984).

The Clerk of the Court is directed to mail a copy of this Report and Recommendation to the *pro se* plaintiff.

DATED: November 3, 2006


/s *John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE