IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

NOV - 6 2007

U.S. DISTRICT COURT

**LARRY ARNOLD YOUNG,**

**Plaintiff,**

v.  CIVIL ACTION NO. 3:06-CV-110

**S.I.S. KOVSCEK, WAYNE
S. WORKMAN,**

**Defendants.**

## ORDER

On this day came the Defendant, and moved the Court to extend the time within which the Defendant be required to answer or otherwise plead herein, and it appearing to the Court that good cause exists for said motion, it is hereby

**ORDERED** that the time within which the Defendant may answer or otherwise move is hereby extended and enlarged up to and including December 5, 2007.

DATE: _November 6, 2007_

_____
UNITED STATES MAGISTRATE JUDGE